

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES, | § | No. 08-15-00256-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 346th District Court |
| | § | |
| LORI LOYA, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2013DCV1845) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellant's plea to the jurisdiction. We therefore reverse the trial court's order denying Appellant's plea to the jurisdiction and dismiss with prejudice all of Appellee's claims for lack of jurisdiction.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF APRIL, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.